IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:11CV346 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF US BANK, ACCT#******0518, IN THE NAME OF FIVE PILLARS MARKET, IN THE AMOUNT OF $52,817.96, et al. | : | |
| Defendants. | : | |

## ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the United States to conduct a related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the related criminal investigation and prosecution.

THEREFORE, it is HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case, including all civil discovery shall be stayed until further order of this Court.

The United States shall file quarterly Status Reports.

_____
Walter Herbert Rice
United States District Judge