IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :

              Plaintiff(s), : Case No. 3:11-cv-346

- vs -

                                Judge Walter Herbert Rice

(1) ACCOUNT CONTENTS OF US :
BANK, ACCT#******0518, IN THE
NAME OF FIVE PILLARS MARKET, :
IN THE AMOUNT OF $52,817.96, et al.
                              :

             Defendant(s).

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 1, 2012

                                            WALTER HERBERT RICE, JUDGE
                                            UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed by agreement of the parties pending resolution of underlying criminal case."