IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:11CV346 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF US BANK, ACCT#******0518, IN THE NAME OF FIVE PILLARS MARKET, IN THE AMOUNT OF $52,817.96, et al. | : : : | |
| Defendants. | | |

## ORDER LIFTING STAY FOR LIMITED PURPOSE

This matter is before the Court upon the United States' Motion to Lift Stay for Limited Purpose of Filing Motion for Judgment on the Pleadings and Decree of Forfeiture Against Defendants 1, 2, 3, 4 and 5,

IT IS HEREBY ORDERED THAT:

The United States' Motion to Lift Stay for Limited Purpose of Filing Motion for Judgment on the Pleadings and Decree of Forfeiture Against Defendants 1, 2, 3, 4 and 5, is granted. This case shall remain stayed against Defendants 6 and 7 pending completion of United States v. Al-Idu Al-Gaheem, Case No. 3:12CR37.

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT COURT JUDGE