IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:11CV346 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF US BANK, ACCT#******0518, IN THE NAME OF FIVE PILLARS MARKET, IN THE AMOUNT OF $52,817.96, et al. | : : : | |
| Defendants. | | |

## JUDGMENT AND DECREE OF FORFEITURE
## AGAINST DEFENDANTS 1, 2, 3, 4 AND 5

This is a civil forfeiture action, filed September 30, 2011, in which the United States seeks the forfeiture pursuant to 7 U.S.C. §2024(e), 18 U.S.C. §2323(a); 18 U.S.C. §981(a)(1)(A) and (C); and 31 U.S.C. §5317(c)(2) of the following Defendants:

(1) Account Contents of US Bank, Acct#******0518, In the Name of Five Pillars Market and Restaurant, Al Idu Al-Gaheem, In the Amount of $52,817.96;

(2) Account Contents of US Bank, Acct#******0518, In the Name of Five Pillars Market and Restaurant, Al Idu Al-Gaheem, In the Amount of $13,884.40;

(3) $4,000.00 U.S. Currency;

(4) $1,650.00 U.S. Currency; and

(5) $917.00 U.S. Currency.

On September 12, 2012, a Motion for Judgment on the Pleadings and Decree of Forfeiture against Defendants 1, 2, 3, 4 and 5 was filed by the United States. (Doc. 27.)

It appearing to the Court from the pleadings that the United States is entitled to Judgment on the Pleadings and a Decree of Forfeiture against Defendants 1, 2, 3, 4 and 5.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The following Defendants are hereby forfeited to the United States in accordance with 7 U.S.C. §2024(e), 18 U.S.C. §2323(a); 18 U.S.C. §981(a)(1)(A) and (C); and 31 U.S.C. §5317(c)(2):

   (1) Account Contents of US Bank, Acct#******0518, In the Name of Five Pillars Market and Restaurant, Al Idu Al-Gaheem, In the Amount of $52,817.96;

   (2) Account Contents of US Bank, Acct#******0518, In the Name of Five Pillars Market and Restaurant, Al Idu Al-Gaheem, In the Amount of $13,884.40;

   (3) $4,000.00 U.S. Currency;

   (4) $1,650.00 U.S. Currency; and

   (5) $917.00 U.S. Currency.

2. The United States shall dispose of the Defendants in accordance with law.

3. This case remains pending, but stayed, against the following Defendants:

   (6) $6,600.00 U.S. Currency; and

   (7) $340.00 U.S. Currency.

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT COURT JUDGE